FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| POSCO INTERNATIONAL AMERICA CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 21-00421<br><br><br><br>**SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**

Clerk of the Court

### PROTEST

| Port of Entry: Long Beach, CA | Date Protest Filed: 03-02-21 |
|---|---|
| Protest Number: 2704-21-152797 | Date Protest Denied: 03-04-21 |

| Importer: POSCO INTERNATIONAL AMERICA CORP. |
|---|
| Category of Merchandise: |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| AZE-0103121-5 | 08-26-18 | 10-23-20 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Bureau of Customs & Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802

*Address of Customs Port in Which Protest Was Denied*

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
RSeely@GDLSK.COM

212/557-4000

*Name, Address and Telephone Number of Plaintiff's Attorney*

11190886_1

Page 1

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: There was an error in appraisement and liquidation of the entry AZE-0103121-5. |

| |
|---|
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/   Robert F. Seely

Date:  08/16/2021

Page 2