FORM 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: UNASSIGNED**

| | |
|---|---|
| POSCO INTERNATIONAL AMERICA CORP.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. 21-00421 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated:  November 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William F. Marshall
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM F. MARSHALL
　　　　　　　　　　　　　　　　　　　　　　　GRUNFELD, DESIDERIO, LEBOWITZ,
　　　　　　　　　　　　　　　　　　　　　　　SILVERMAN, & KLESTADT, LLP
　　　　　　　　　　　　　　　　　　　　　　　599 Lexington Ave., 36th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　(212) 557-4000
　　　　　　　　　　　　　　　　　　　　　　　wmarshall@gdlsk.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| **Court No. 21-00421** | **Posco International America Corp.** | 2704-21-152797 | AZE-0103121-5 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                              By: _____
                                                         Deputy Clerk