FORM 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: UNASSIGNED**

|  |  |
|---|---|
| POSCO INTERNATIONAL AMERICA CORP. | : |
| Plaintiff, | : |
| v. | : |
|  | :  Court No. 21-00421 |
| UNITED STATES, | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated:   November 28, 2023

/s/ William F. Marshall
WILLIAM F. MARSHALL
GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN, & KLESTADT, LLP
599 Lexington Ave., 36th Floor
New York, New York 10022
(212) 557-4000
wmarshall@gdlsk.com
*Counsel for Plaintiff*

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| **Court No. 21-00421** | **Posco International America Corp.** | 2704-21-152797 | AZE-0103121-5 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated:   November 28, 2023

                                        Clerk, U. S. Court of International Trade


                                   By:       /s/ Lewis Hugh
                                                    Deputy Clerk